## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-3226-JLK-NYW

ONYX ENTERPRISES INT'L, CORP. d/b/a CARiD.com,

    Plaintiff,

v.

GUANGZHOU ZEZHONG ELECTRONICS CO., LTD.,
CHINA SUNIGHT ELECTRONIC CO., LTD.,
GUANGZHOU HUAN YI TRADE CO., LTD.,
SUNIGHT CAR LIGHT FACTORY STORE,
SNCN CAR LIGHTS GLOBAL STORE,
AOLYO AUTOPARTS STORE f/k/a My CARiD Store, and
CARiD AUTOPARTS STORE,

    Defendants.

### STIPULATION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

WHERAS Guangzhou Zezhong Electronics Co., Ltd., China Sunight Electronic Co., Ltd., Guangzhou Huan Yi Trade Co., Ltd., Sunight Car Light Factory Store, sncn Car Lights Global Store, Aolyo Autoparts Store f/k/a My CARiD Store, and CARiD Autoparts Store ("Defendants") have apparently ceased using the trademarks of Plaintiff Onyx Enterprises Int'l, Corp. ("Plaintiff") in online product listings visible from the United States, Defendants have not served an answer or a motion for summary judgment, and Plaintiff seeks to preserve judicial resources and avoid unnecessary expense, Plaintiff hereby DISMISSES without prejudice this action and all claim asserted herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

|  |  |
|---|---|
| Dated: February 19, 2019 | Respectfully submitted,<br><br>*/s/ Alex W. Ruge*<br>Aaron P. Bradford<br>Alex W. Ruge<br>BRADFORD, LTD<br>2701 Lawrence Street, Suite 104<br>Denver, CO 80205<br>(303) 325-5467<br>Aaron@apb-law.com<br>Alex@apb-law.com<br><br>*Attorneys for Plaintiff* |